**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON**

SHEILA GIBSON,

      Plaintiff,                                  CASE NO. 3:21-cv-00603

v.

THE UNITED STATES OF AMERICA,

      Defendant.

## DISMISSAL ORDER

      This day came the Plaintiff, Sheila Gibson, by and through counsel, Matthew R. Oliver, Jason A. Leasure, and Vital & Vital, L.C., and represented to the Court that the above-styled action having been fully compromised, agreed and settled as to all parties, moves this Court for an Order dismissing said action, without prejudice, as to all parties. The Court having reviewed the record and being otherwise sufficiently advised, it is therefore ORDERED, ADJUDGED and DECREED that this matter be dismissed from the docket of this Court, without prejudice, as to all claims and all parties, with each party bearing their own costs and attorney fees.

      The Clerk is directed to send certified copies of this Order to all counsel of record.

      ENTERED: This  5th  day of January, 2022.

                                                          */s/ Robert C. Chambers*
                                                          JUDGE

Prepared by:

/s/ Matthew R. Oliver
Matthew R. Oliver, Esquire (WV Bar No. 10683)
Jason A. Leasure, Esquire (WV Bar No. 10332)
VITAL & VITAL, L.C.
536 Fifth Avenue
Huntington, WV  25701
(304) 525-0320
E-mail: moliver@vitallc.com
          jleasure@vitallc.com
*Counsel for the Plaintiff*